NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

KWAME TIMMERS,

                Petitioner,

                                                            **MEMORANDUM & ORDER**

      -against-                                         07-CV-2470 (ERK)

JAMES MANCE,

                Respondent,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Korman, J.

      The petition for a writ of habeas corpus is denied on the grounds that the exclusionary rule is not applicable to parole revocation proceedings, Pennsylvania Board of Probation and Parole v. Scott, 524 U.S. 357 (1998), and petitioner's acquittal on the criminal charges did not serve to collaterally estop the revocation proceedings or to twice place petitioner in jeopardy. See Mehler, Gleeson & James, Federal Criminal Practice: A Second Circuit Handbook, 710-11 (2005 Edition).

                                              **SO ORDERED:**

Brooklyn, New York

December 11, 2007              *Edward R. Korman*

                                      Edward R. Korman
                                      United States District Judge